UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NELIDA MENDEZ-VAZQUEZ<br>Defendant. | CIVIL NO. 20-cv-1108<br><br><br><br>False Claims Act, 31 U.S.C. §§ 3729, et seq. |

COMPLAINT

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorneys, and very respectfully alleges and prays:

1. Jurisdiction of this action is conferred on this Court by 28 U.S.C. § 1345.

2. Defendant in this case, Nelida Mendez-Vazquez ("Mendez-Vazquez"), was a caregiver and authorized signatory for the Veterans Affairs ("VA") benefits received by Antonio Mendez-Vazquez, a recipient of VA pension benefits. Mendez-Vazquez is currently a resident of Trujillo Alto, Puerto Rico.

3. VA pension benefits beneficiary Antonio Mendez-Vazquez passed away in June of 2007.

4. After Antonio Mendez-Vazquez passed away, her caregiver and VA pension benefits signatory Mendez-Vazquez failed to notify the VA of the death of Antonio Mendez-Vazquez and instead of returning the VA pension benefits payments received after his death, continued to endorse and cash the VA pension benefits checks issued to Antonio Mendez-Vazquez

1

from the time he passed away until October of 2014.

5.  The total amount of VA pension benefits payments of Antonio Mendez-Vazquez that Mendez-Vazquez illegally cashed amounts to the sum of $147,000.00.  The United States contends that the presentation of the checks for payment, and the subsequent cashing of the checks constitute the submission of false claims under the False Claims Act, 31 U.S.C. §§ 3729 et seq.

## CLAIM FOR RELIEF

6.  The United States refers to an incorporates by reference, the allegations contained in Paragraphs 1 through 5 of this complaint as though fully set forth herein.

7.  This is a claim for damages and civil monetary penalties under the False Claims Act, 31 U.S.C. § 3729(a)(1).

8.  As part of the scheme to defraud and described in the above referenced Paragraphs, Mendez-Vazquez's presentation and subsequent cashing of the VA pension benefits checks caused false claims to be submitted to the VA for benefits entitlement that she was not eligible for under applicable VA benefits programs.

9.  Under the FCA, a "claim" includes the presentation of checks and/or requests for money presented to agents of the United States or to a contractor, grantee, or other recipient, if the money is to be used on the government's behalf or to advance a government interest, as long as the United States provided any portion of the money requested.  Furthermore, the presentation and subsequent cashing of checks related to government benefit programs by ineligible individuals or entities when these benefits are no longer legally available to authorized beneficiaries are considered the presentation of false claims under the FCA.  As such, the United States is entitled to treble damages under the FCA for the loss caused to the government.

10. Moreover, under the FCA each of these false claims constitute, via the presentation and cashing of the benefits' checks, the submission of false claims to the government for which damages and civil monetary penalties must be assigned in an amount ranging between $11,181.00 up to $22,363.00 each.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, the United States of America respectfully requests that judgment be entered in its favor and against Melendez-Vazquez (Defendant) as follows:

a. Orders Melendez-Vazquez to pay $147,000.00 as damages and $22,363.00 as a civil monetary penalty; plus post judgment interest at the prevailing legal rate; in addition to costs and attorney fees or the 10% surcharge imposed by law if Plaintiff is forced to use the remedies provided under subchapters B or C of the Federal Debt Collection Procedures Act of 1990 (28 U.S.C. § 3011.

b. Grants any other further relief as this Honorable Court deems just and proper.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 26th day of February of 2020.

W. STEPHEN MULDROW
United States Attorney

*/s Jorge L. Matos*
Jorge L. Matos
Assistant U.S. Attorney
Civil Division
USDC No. G01307
Torre Chardon, Room 1201
350 Carlos Chardon Avenue
San Juan, PR 00918
Tel. (787) 766-5656
Fax. (787) 766-6219
E-mail: Jorge.L.Matos2@usdoj.gov

**Attachment 1: Civil Cover Sheet**

JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Assistant U.S. Attorney Jorge L. Matos
Torre Chardon, Suite 1201, 350 Carlos Chardon Ave.
San Juan, PR 00918

## DEFENDANTS
Nelida Mendez-Vazquez

County of Residence of First Listed Defendant   Trujillo Alto, PR
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☒ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | | ☐ 861 HIA (1395ff) | |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| | | | | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
31 USC Section 3729(a)(1)
Brief description of cause:
Submission of False Claims under the FCA

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
169,363.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE
02/26/2020

SIGNATURE OF ATTORNEY OF RECORD
*[signature]*

**FOR OFFICE USE ONLY**

RECEIPT #  _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**Attachment 2: Category Sheet**

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

# CATEGORY SHEET

You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).

Attorney Name (Last, First, MI): Matos, Jorge L.

USDC-PR Bar Number:

Email Address: Jorge.L.Matos2@usdoj.gov

1. Title (caption) of the Case (provide only the names of the first party on each side):

   Plaintiff: United States of America

   Defendant: Nelida Mendez-Vazquez

2. Indicate the category to which this case belongs:

   [X] Ordinary Civil Case
   [ ] Social Security
   [ ] Banking
   [ ] Injunction

3. Indicate the title and number of related cases (if any).

   N/A

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   [ ] Yes
   [X] No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   [ ] Yes
   [X] No

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ. P. 24)

   [ ] Yes
   [X] No

Date Submitted: 2/26/20

rev. Dec. 2009

Print Form    Reset Form